UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **SETH PRESSLER,**    ) | |
|     **Plaintiff,**    ) | |
| ) | |
| vs.    ) | Cause No. 3:21-cv-43 |
| ) | |
| **UNIVERSITY OF SOUTHERN INDIANA,**    ) | |
|     **Defendant.**    ) | |

## MOTION TO DISMISS

Comes now the Plaintiff, by counsel, and advises the matter has been settled and respectfully requests all claims of the Plaintiff against Defendant arising out of the matters and facts alleged in Plaintiff's Complaint should be dismissed with prejudice.

WHEREFORE, Plaintiff requests that the Court dismiss Plaintiff's claims against defendant without prejudice.

Respectfully submitted,

*/s/ Jeremy W. Schnepper*
Jeremy W. Schnepper          IN Atty: 34466-82
**ATTORNEY AT LAW**
4 N.W. 2nd Street, Suite 3
Evansville, Indiana 47708

Telephone:   (812) 492-1901
Facsimile:    (812) 492-1902

Email: Jeremy@jschnepperlaw.com

–1–

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2022, I electronically filed the foregoing documents using the Courts of Federal Jurisdiction E-filing System and that the foregoing documents were served upon the following persons via electronic notice.

Mark A. McAnulty
Kahn, Dees, Donovan & Kahn, LLP
501 Main Street, Suite 305
Evansville, IN  47708

                                    */s/ Jeremy W. Schnepper*
                                    Jeremy W. Schnepper, Esq.