UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SETH PRESSLER,  )  <br>     Plaintiff,  )  <br>  ) <br> vs.  )     Cause No. 3:21-cv-43-RLY-MPB <br>  ) <br> UNIVERSITY OF SOUTHERN INDIANA,  ) <br>     Defendant.  ) | |

## ORDER

Comes now the Court and having read Plaintiff's Motion to Dismiss and being duly advised in the premises now grants the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by this Court that Plaintiff's Motion to Dismiss is GRANTED and Plaintiff's Complaint is hereby DISMISSED with prejudice.

2/18/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to all counsel of record

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2022, I electronically filed the foregoing documents using the Courts of Federal Jurisdiction E-filing System and that the foregoing documents were served upon the following persons via electronic notice.

Mark A. McAnulty
Kahn, Dees, Donovan & Kahn, LLP
501 Main Street, Suite 305
Evansville, IN  47708

                                        */s/ Jeremy W. Schnepper*
                                        Jeremy W. Schnepper, Esq.